IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

HARLEYSVILLE WORCESTER INSURANCE  \*
COMPANY as subrogee of BARBARA FORD
                                                   \*

    Plaintiff
                                             \*

vs.
                                                  \*

AIR VENT, INC., et al.                        CASE NO. 1:20- cv-00802
                                                  \*

    Defendants
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **ORDER**

AND NOW, this \_\_\_\_15th\_\_\_\_ day of June, 2020, upon consideration of plaintiff's request to stay this action, and there being no objection to the request, the Court holds as follows:

Because two of the named defendants in the action are located in foreign countries, and that the only proper means by which to serve said defendants is through the Hague Convention, and that the process for completing service of said defendants might take one to two years to accomplish, the court grants plaintiff's request for a stay.

This case will be stayed yet remain on the docket, and plaintiff is ordered to alert the Court immediately upon successful service of the foreign defendants. At that time, a new trial and discovery scheduling order will be issued .

                                            By the Court:

                                            \_\_\_\_/s/_____
                                            The Honorable Richard D. Bennett