# EXHIBIT 2

Language Selection: Chinese | English



**HOTLINE**
**1-880-283-6851**

| HOME | ABOUT | PRODUCT | NEWS | SUPPORT | CONTACT | FEEDBACK | FAQ |

**Your Position:** Home > About

   Powermax Electric Co.,Ltd.,Guangdong is an export-oriented Sino-foreign joint venture company, which is specialized in developing, manufacturing and export of home electrical appliance. The company was transformed from Guangdong Xinhui Motors Manufacturing Factory, which was approved by the national second level enterprise and state council for introducing foreign investment. It has set up five factories for metal, high speed fan and motor, ceiling fan, injection moulding, tooling and Hong Kong Jingfeng Ltd.

   At present, the products of this company mainly involve in decorative fan, industrial ceiling fan, box fan, high speed fan, warm air blower, motor, dust collector, air blower, and lightings etc. All the products passed the national certification, such as UL, CSA, GS, SAA, EMA, CE etc. In 1997, the company passed ISO9002 certification of TUV; in 2002, it passed ISO 9002 international certification. The upgrading in 2002 render the management work of the company to enter into a new stage. 100% products of the company are exported to USA, Canada, Europe, South America etc. Depending on its excellent products, strong developing ability, excellent quality and good reputation, the company enjoys an important status in European and American markets, and takes more and more market shares there, the market share of decorative fans takes more than 10% in American market.

   After 40 years development (the former Xinhui Motors Manufacturing Factory established in 1958, and transformed into Guangdong Baoli Electrical Appliance Co. Ltd. in January 2002), Baoli Company possesses about RMB 200 mil fixed assets and advanced manufacturing equipments, 70,000 square meters workshop and over 1400 qualified employees of more than ten years experience and over 220 professional technicians from all over the country. Providing the world with various kinds of new products amounting about RMB200 mil, the company has been the focus of the same industry. For many years,by excellent performance, the company was successively approved as "Advanced Foreign Exchange Earning enterprise"by the former Ministry of Machinery Industry and one of the top-300 Mechanical Industry .In 2002, it won the prize of Jiangmen Private Enterprises with Outstanding Contribution; In 2002, it was awarded as hi-tech enterprise by Jiangmen City; In 2003, it was approved as "Xinhui Ten Biggest Taxpaying Enterprise" and "Advanced Foreign- Capital Enterprise". Guided by the guideline of "Provide customers with the best products and service", the productivity and total output value of the company has been enhanced and improved respectively. In 2006, the annual foreign exchange earned amounted to US$42.50 mil, the sales amounted to RMB RMB338.80 mil, and the industrial gross product amounted to RMB 345.39 mil.

   "Conscientiousness, Honesty, Innovation, Service" is our operating concept, and "Priority is always given to meeting the higher demands over quality." is our serving tenet and "Human Oriented" is our development policy. We will attract the customers by the excellent quality, occupy the market with fast development, and unite the employees with family warm. With modern management mechanism and advanced corporate culture, the company will provide all employees with reasonable training and extensive development prospect. We warmly welcome people of all walks to cooperate and create a bright future together on the basis of mutual benefits.

### About

- Introduction
- CompanyOutlook
- Advantage
- Structure
- Development
- SalesNetwork

### What's New

The end of the 2006 inventory surprise : more than 20 indivi

### Contact Us

Add: 1-4 Region South of Qibao Industries, Xinhui District, Jiangmen City, Guangdong Province, China
Tel: (750)-6696830,6692693
Fax: (750)-6696518

### Search

| Input Keywords... | GO |

HOME | CONTACT | RECRUIT | SITEMAP | RSS

Copyright 2018 Powermax electric co.,ltd.,Guangdong All Rights Reserved
Add: 1-4 Region South of Qibao Industries, Xinhui District, Jiangmen City, Guangdong Province, China
Tel: (750)-6696830,6692693
Fax: (750)-6696518