# EXHIBIT 3

5/17/2021　　　The end of the 2006 inventory surprise: more than 20 individuals or units to be commended 930 people-Powermax electric co.,ltd.,Guang…

Case 1:20-cv-00802-RDB   Document 40-3   Filed 05/17/21   Page 2 of 3

Language Selection: Chinese | English



HOTLINE
1-880-283-6851

HOME　　ABOUT　　PRODUCT　　NEWS　　SUPPORT　　CONTACT　　FEEDBACK　　FAQ

Your Position: Home > News > Company News

# The end of the 2006 inventory surprise: more than 20 individuals or units to be commended 930 people

2016/6/13 view: 376

　　On February 11, Baoli's colorful flags fluttered, and the company's door and compound were filled with kumquats, chrysanthemums, and peonies. The strong flavor of the year filled every corner of the company. At 3 pm, the "BaoLi Electric Co., Ltd. 2007 Spring Festival Lucky Draw and Commendation" will hold the last lucky handshake of 2006 with 1,400 hard-working Baoli people in the main factory compound.

　　The difference is that in previous years, the company's Spring Festival Lucky Draw and Commendation Conference were arranged in the evening. This year, the company's leaders took into account the cold weather and the inconvenience of employees returning home after the party, so this year they specially arranged it during the day. Baoli people began to come to the company one after another from 1 pm. Before 2:30, more than 1,400 employees of the whole company basically arrived on the scene. Although the conference has not yet started, the company compound is already crowded, and everyone is beaming. The joyous atmosphere quickly heats up. The faces of Baoli people are full of anticipation, expecting good luck to come to them.

　　The total value of this year's Spring Festival prizes is 352,460 yuan. These prizes include the special prize Hisense 37-inch LCD TV, the special auxiliary prize Hisense 26-inch LCD TV, and the digital successive guest shopping card. The above prizes are specially set up by the company to repay all employees who have worked hard for a year. The US KOF company, Hong Kong Daoyi (Asia) Co., Ltd., Taiwan Wuchanghong Co., Ltd., and other shareholder companies have sponsored friendship. The total value of this year's prizes has increased by 10% compared to last year, and the probability of winning is wide.

　　At 3 pm, the 2007 Spring Festival Lucky Draw and Commendation Conference officially began. The company's superiors, special guests, company's senior leaders and all employees all took their seats. The first "appetizer" of the lottery party is still "wake up the teacher to give good luck". After the eye-catching lion dances with joy and the sky-shaking salute, the general assembly is warm and joyous. A song "I like you", played and sung by Mo Bibo and Chen Ankun, a 2007 college student, let Baoli people "see" the passion and hope of young people. General Manager Kwong Jingan's speech at the party and the speeches of superior leaders deeply inspired everyone. Next is the "Recognition of Advanced" link. Mr. Kwong announces the 2006 list of advanced collectives, advanced departments, advanced teams, and advanced individuals. The company leaders and guests on the podium will award prizes to the winning collectives, departments, teams, and individuals. , All the award-winning staff and leaders took a group photo one by one.

　　The most surprising lottery draw started. Vice President Lin Wenkang announced the prizes of the lottery in turn, Vice President Li Huaan announced the list of sponsors, Vice President Long Mei explained the lucky draw method in detail, and Vice President Liang Jingyun explained the precautions of the prize draw.
The company distributes different numbers of redemption tickets to employees according to the number of years of service, and an employee can receive up to five redemption tickets. The winning numbers are randomly generated by the guests using a computer, and can be collected from the fifth prize to the first prize draw. The most "heart-wrenching" is the process of generating the special prize and its auxiliary prizes. The computer randomly selects a total of 12 candidate employees to answer questions and compete for elimination. Among them, 9 unsuccessful candidates can get two 300 yuan shopping cards. , The other three compete for one Hisense 37-inch LCD color TV and two Hisense 26-inch LCD color TVs.

　　Happiness can be passed on, and it will soon overflow the faces of all Baoli people. The warmth of the company's big family connects Baoli people's hearts closely. The special prize Hisense 37-inch LCD TV was taken away by Miss Zhang



**News**

Company News

Industry News

**What's New**

The end of the 2006 inventory surprise: more than 20 indivi

**Contact Us**

Add: 1-4 Region South of Qibao Industries, Xinhui District, Jiangmen City, Guangdong Province, China
Tel: (750)-6696830,6692693
Fax: (750)-6696518

**Search**

Input Keywords...　　GO

5/17/2021 The end of the 2006 inventory surprise: more than 20 individuals or units to be commended 930 people-Powermax electric co.,ltd.,Guang…

Case 1:20-cv-00802-RDB   Document 40-3   Filed 05/17/21   Page 3 of 3

from the Accounting Department with a lucky hand. 926 employees returned with satisfaction and received various awards. For employees who have not won the prize, the company will give each person a consolation prize of RMB 50.

Pre: None

Next: None

HOME   |   CONTACT   |   RECRUIT   |   SITEMAP   |   RSS

Copyright 2018 Powermax electric co.,ltd.,Guangdong All Rights Reserved

Add: 1-4 Region South of Qibao Industries, Xinhui District, Jiangmen City, Guangdong Province, China

Tel: (750)-6696830,6692693

Fax: (750)-6696518