# EXHIBIT 4

Language Selection: Chinese | English



**HOTLINE**
**1-880-283-6851**

| HOME | ABOUT | PRODUCT | NEWS | SUPPORT | CONTACT | FEEDBACK | FAQ |

Your Position: Home > FAQ

1. How can I get the replacement for the missing part/broken parts?

Please call us at our toll-free technical support and warranty service number: 1-880-283-6851, or send us an e-mail at service@powermax-cn.com.  Our after service team will provide prompt shipment of missing or defective parts.

2. My high velocity floor fan seems missing one of the plastic black knob for tilt adjustment.

Some of our high velocity floor fans provide one adjustment knob only, but there should be no problem for the tilt adjustment.  The adjustment knob attached on the fan head fit both side screws fixation, so you can use it to loosen/tighten the screws of both sides. If you miss the adjustment knob, please call our toll-free number for assistance.

3. I have a pull chain fan and I have multiple wires coming out of my ceiling. How should I connect the wires?
Most homes have three or four wires extending from the ceiling (outlet box). The common wire colors are: black (hot), white (neutral), red (hot) and a bare copper or green (for grounding). There are three wires extending from the motor of the fan which are: black (hot), blue (for lights), and white (neutral) wires. The black wire extending from the outlet box should be connected to the black and blue wires extending from the fan motor. The white wire extending from the outlet box should be connected to the white wire extending from the fan motor. Finally, the green wire extending from the ball down rod assembly or mounting bracket should be connected to the bare copper wire.

A wall switch usually controls the red wire in the house while the black wire is usually live all the time. If you want the wall switch to control both the fan and the lights; connect the black and blue wires extending from the motor to the red wire which is extending from the outlet box. This connection will allow the fan and the lights to turn off from the wall switch.
If you have a double wall switch on your wall and you want one wall switch to control the lights and the other wall switch to control the fan; connect the red wire extending from the ceiling to the blue wire extending from the motor. Then connect the black wire extending from the ceiling to the black wire extending from the fan. This will allow you to use one wall switch for the fan and the other wall switch for the lights.
Please note: If your outlet box wires does not have any wire color indication, you will need to get a power tester or hire a license technician.

4. I want to connect a dimmer switch on my fan. How should I connect the dimmer switch and what type of dimmer switch should I use?
If you want to connect a dimmer switch to your fan, you must connect the red wire extending from the outlet box to the blue wire extending from motor.***Please be advised that there are only a few types of dimmer switches which are compatible to the fan. Please contact our customer service department for information.***
Please note: If you have a remote control fan or want to connect a universal remote control device to the fan; then you will not be able to connect a dimmer switch on the wall. You must change the dimmer switch to a regular type on/off switch to prevent the fan from burning out.

5. I have a remote control fan and it's not coming on. What shall I do?
Make sure the red indicator light/display screen shows up on the remote control. Then make sure the dip switches (you will see 1, 2, 3 and 4 white switches that goes up and down) are set the same. They are located in the battery compartment of the remote control and on the receiver located in the fan. The receiver will be located either in the switch housing (by the light kit), on the top of the motor housing of the fan, and/or on the canopy (located close to the ceiling that covers the mounting bracket). Sometimes when the remote control is dropped or bumped when installing the product, it can move out of place and stop the fan from working.

6. My ceiling fan seems to operate intermittently or inconsistently. What shall I do?
This problem could be caused by interference from another radio frequency. This usually happens when you live next to the airport or someone close to you have a product on the same radio frequency. You will have to change the dip switches in the fan and on the remote control.

7. My ceiling fan worked fine for awhile, but now its not working anymore. What shall I do?
Due to the sensitive nature of electronics located in the remote receiver inside the fan, a strong electrical surge (i.e., lighting striking your utility power line area) and/or if the fan is and older fan, then this may cause the components in the receiver to burn out. In most cases to replace the receiver, you will not have to remove the fan. If the remote control red light and/or display screen doesn't show up, replace the battery and if that doesn't solve the problem you will need to order a new remove. ***Do not remove any parts of the fan until you contact customer service for technical assistance. ***

8. Where can I get parts for my ceiling fan?
You may call customer service at 1-800-330-3267 on Monday through Friday; between the hours of 8:30 am

**FAQ**

**What's New**

The end of the 2006 inventory surprise : more than 20 indivi

**Contact Us**

Add: 1-4 Region South of Qibao Industries, Xinhui District, Jiangmen City, Guangdong Province, China
Tel: (750)-6696830,6692693
Fax: (750)-6696518

**Search**

| Input Keywords... | GO |

to 5:00 pm Eastern Standard Time. When you call please have your UPC code available. If you do not have your owner's manual, you may look on the top of the fan where you will see a silver or gold sticker. There you will find a UL number beginning with the letter E and located under the UL number is the UPC code. The UPC code consists of 12 numerical digits. From that information, the customer service representative will be able to determine if you are calling the correct company and see determine the make and model of your product. If it is determined you are calling the wrong company, the customer service representative will give you the correct number to call.

9. What would cause my fan to hum?
If your fan attached to a rheostat, it can hum. Change the wall switch to an on/off switch. If the fan was dropped in shipment, which is rare, it could shift the motor air gap and could allow a hum to radiate through the glass in the light kit (isolate by nylon blades) or radiate from the housing or blades if screws are not tight (tighten all screws). Then allow 24 hour break in period to realign the stress points on the motor and fan. If the fan continues to hum then call customer service or return back to the store if just purchase the product. In dead quite rooms all fans makes a small noise, which can be masked out by running the fan on a higher speed and adjusting upward the room thermostat accordingly.

10. Is it normal to have parts leftover after installing my fan?
Yes, some parts may not be used depending of if youre mounting your fan flush to the ceiling or if youre mounting your fan with a down rod. If some cases extra screws were dropped and lost.

11. Why does my fan wobble?
There are several factors that can cause a fan to wobble. First, make sure that your blades are not warped by laying each of them on a flat surface like a glass table and view them form the side. Also, make sure that you are not mixing blades sets form another ceiling fan. All blades come in a set because each blade sets must be the same weight as each blades in the set. If the blades need to be replaced for any reason, all the blades in the fan must be replaced with anew set of blades. Also the screws to the motor may be loose. Loosen all screw and pull blade out straight form fan center and retighten to motor. Also tighten all screws on the top of fan blades since they could have loosened as humidity in room could have changed the blades over time. Use the balance kit in the box or call customer service (1-800-330-3267) to get one since this will solve must wobbles. If the blades droop due to high humidity turn them over periodically and turn the fan. If problem continues call service for replacement.

12. How do I wire up a speed switch to the capacitor?
For help on this question, please call for assistance at 800-330-3267

13. My fan doesn't hang straight. It's leaning to the side. What shall I do?
Fans can't go over 32 degrees in angle. If your fan goes over 32 degrees in angle you will have to use a universal mounting bracket.

HOME   |   CONTACT   |   RECRUIT   |   SITEMAP   |   RSS

Copyright 2018 Powermax electric co.,ltd.,Guangdong All Rights Reserved

Add: 1-4 Region South of Qibao Industries, Xinhui District, Jiangmen City, Guangdong Province, China

Tel: (750)-6696830,6692693

Fax: (750)-6696518